IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNDERWRITERS AT LLOYD'S OF LONDON, SYNDICATE 4242, GREG BUTLER, ACTIVE UNDERWRITER, <br><br> Plaintiff/Counter-Defendant, <br><br> v. <br><br> TARANTINO PROPERTIES, INC., <br><br> Defendant/Counter-Plaintiff. | Cause No.: 4:12-CV-00167-DGK |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Underwriters at Lloyd's of London, Syndicate 4242, Greg Butler, Active Underwriter, and Defendant Tarantino Properties, Inc., by and through the undersigned counsel, hereby advise the Court that all matters, controversies, and claims by and between Plaintiff and Defendant in this action, including all counterclaims, have been fully and finally settled and compromised. Accordingly, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties stipulate that all claims contained in the above-styled matter shall be dismissed with prejudice, with each party to bear its own costs and expenses.

| | |
|---|---|
| BROWN & JAMES, P.C. | THE MERLIN LAW GROUP, P.A. |
| /s/ Timothy J. Wolf | /s/ Larry E. Bache Jr. |
| Russell F. Watters, #25785 | Larry E. Bache Jr., #091304 |
| Timothy J. Wolf, #53099 | 777 South Harbour Island Boulevard |
| 1010 Market Street, 20th Floor | Suite 950 |
| St. Louis, Missouri 63101-2000 | Tampa, FL 33602 |
| 314-421-3400 | 813-229-1000 |
| Fax: 314-421-3128 | Fax: 813-229-3692 |
| rwatters@bjpc.com | LBache@merlinlawgroup.com |
| twolf@bjpc.com | *Attorneys for Defendant/Counter-Plaintiff* |
| *Attorneys for Plaintiff/Counter-Defendant* | |