IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNDERWRITERS AT LLOYD'S OF LONDON SYNDICATE 4242, GREG BUTLER, ACTIVE UNDERWRITER, <br><br>  Plaintiff, <br><br> v. <br><br> TARANTINO PROPERTIES, INC., <br><br>  Defendant. | Civil No. 12-0167-CV-W-DGK |

## **ORDER**

Having considered the Joint Stipulation for Dismissal with Prejudice (Doc. 37), it is hereby

ORDERED that all claims in this matter are dismissed with prejudice, with each party to bear their own costs and expenses.

    /s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT

Dated: November 28, 2012